**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION**

| | |
|---|---|
| HERRING NETWORKS, INC., D/B/A ONE AMERICA NEWS NETWORK, )<br>)<br>) | |
| Movant, ) | No. 1:24-mc-1 |
| ) | |
| v. ) | Underlying case No. 1:21-cv-02900 |
| ) | (D.D.C.) |
| GOOGLE LLC, ) | |
| ) | |
| Respondent. ) | |

**NOTICE OF HEARING**

PLEASE TAKE NOTICE that on February 16, 2024, at 10:00 AM, or as soon thereafter as the Court may hear the matter, Herring Networks, Inc., d/b/a One America News Network, by counsel, will appear and present oral argument in support of its Motion to Compel Third Party Google LLC to Comply with Rule 45 Subpoena.

By:  */s/ R. Trent McCotter*

**BOYDEN GRAY PLLC**
R. Trent McCotter
VSB # 94018
801 17th St NW, #350
Washington, DC 20006
(202) 706-5488
tmccotter@boydengray.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 26th day of January 2024, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system. I will also serve the following via email:

Benjamin Margo
WILSON SONSINI GOODRICH & ROSATI
1301 Avenue of the Americas
40th Floor
New York, NY 10019-6022

*Counsel for Google*

J. Erik Connolly
Nicole E. Wrigley
Ronald S. Betman
Caitlin A. Kovacs
Olivia E. Sullivan
BENESCH, FRIEDLANDER, COPLAN
& ARONOFF LLP
71 South Wacker Drive, Suite 1600
Chicago, IL 60606
Telephone: 312.212.4949
econnolly@beneschlaw.com
nwrigley@beneschlaw.com
rbetman@beneschlaw.com
ckovacs@beneschlaw.com
osullivan@beneschlaw.com

*Counsel for Smartmatic*

      /s/ R. Trent McCotter
      R. Trent McCotter