**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**ALEXANDRIA DIVISION**

| | | |
|---|---|---|
| HERRING NETWORKS, INC., D/B/A ONE AMERICA NEWS NETWORK, | ) ) ) | |
| Movant, | ) ) | No. 1:24-mc-1-PTG-IDD |
| v. | ) ) | Underlying case No. 1:21-cv-02900 (D.D.C.) |
| GOOGLE LLC, | ) ) ) | |
| Respondent. | ) ) | |

**AMENDED NOTICE OF HEARING**

PLEASE TAKE NOTICE that on March 8, 2024, at 10:00 AM, or as soon thereafter as the Court may hear the matter, Herring Networks, Inc., d/b/a One America News Network, by counsel, will appear and present oral argument in support of its Motion to Compel Third Party Google LLC to Comply with Rule 45 Subpoena.

This hearing was previously scheduled for February 16, 2024, at 10:00 AM.

By: */s/ R. Trent McCotter*

**BOYDEN GRAY PLLC**
R. Trent McCotter
VSB # 94018
801 17th St NW, #350
Washington, DC 20006
(202) 706-5488
tmccotter@boydengray.com

1

## CERTIFICATE OF SERVICE

I hereby certify that on this 6th day of February 2024, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system. I will also serve the following via email:

Benjamin Margo
WILSON SONSINI GOODRICH & ROSATI
1301 Avenue of the Americas
40th Floor
New York, NY 10019-6022

*Counsel for Google*

            */s/ R. Trent McCotter*
            R. Trent McCotter