IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| HERRING NETWORKS, INC., d/b/a ONE AMERICA NEWS NETWORK,<br><br>  Movant,<br><br>v.<br><br>GOOGLE LLC,<br><br>  Respondent. | )<br>)<br>)<br>)<br>)<br>)<br>)   Civil Action No. 1:24-mc-1 PTG/IDD<br>)<br>)<br>)<br>)<br>)<br>) |

### ORDER

This matter is before the Court on Motion to Extend Time to Respond to Motion to Compel with Consent of Movant ("Motion") [Dkt. No. 13]. This matter can be resolved without oral argument, as such argument would not aid the decisional process. Upon consideration of the Motion and for good cause shown, it is hereby

ORDERED that the Motion is **GRANTED**. Respondent Google LLC shall file its response to the Motion to Compel no later than March 1, 2024. It is further

ENTERED this 8th day of February 2024.

　　　　　　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　　　　　Ivan D. Davis
　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

Alexandria, Virginia